## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Robert A Rollick, Jr.
Plaintiff,

v.  Case No.: 1:25−cv−00589−MSM−PAS

Jeffrey Palmer, et al.
Defendant.

## **ORDER TO SHOW CAUSE**

The above captioned case was filed on November 6, 2025, and has been pending at least 90 days without proof of service, an answer or a responsive pleading having been filed by the defendant.

On or before March 18, 2026, plaintiff is hereby ordered to show cause, in writing, why this matter should not be dismissed for lack of prosecution. Failure to file a response will lead to dismissal of this case for lack of diligent prosecution. DRI LR Cv 41.

It is so ordered.

March 9, 2026

By the Court:

/s/ Mary S. McElroy
United States District Judge